**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter _11_

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | 339 River Road Holdings, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 39-2606273 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1604 Deerfield Road<br>Wate Mill, NY 11976 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Suffolk | **Location of principal assets, if different from principal place of business** |
| County | 339 River Road Edgewater, NJ 07020 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | 339 River Road Holdings, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor   339 River Road Holdings, LLC

Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    339 River Road Holdings, LLC
_____          Case number (*if known*) _____
      Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
     of authorized
     representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2025
               _____
               MM / DD / YYYY

**X** /s/ Bruce Sturman                                      Bruce Sturman
_____                _____
Signature of authorized representative of debtor        Printed name

Title    Managing Agent
         _____

**18. Signature of attorney**

**X** /s/ BRUCE H. LEVITT, ESQ.                          Date    June 12, 2025
_____                        _____
Signature of attorney for debtor                                MM / DD / YYYY

BRUCE H. LEVITT, ESQ. BL9302
_____
Printed name

Levitt & Slafkes, P.C.
_____
Firm name

515 Valley Street
Suite 140
Maplewood, NJ 07040
_____
Number, Street, City, State & ZIP Code

Contact phone    (973) 313-1200                  Email address _____
                 _____

BL9302 NJ
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    339 River Road Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2025      **X** /s/ Bruce Sturman
_____
Signature of individual signing on behalf of debtor

Bruce Sturman
_____
Printed name

Managing Agent
_____
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | 339 River Road Holdings, LLC | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Edgewater Tax Collector 55 River Road Edgewater, NJ 07020 | | For Infomational Purposes | | Unknown | $80,000,000.00 | Unknown |
| Gensler Architecture, Design & Planning, PC 1700 Broadway, Suite 400 New York, NY 10019 | | Judgment Construction Lien | Disputed | | | $1,011,626.78 |
| High Ground Industrial, LLC 12 Industrial Drive Florida, NY 10921 | | Judgment Construction Lien | Disputed | | | $225,000.00 |
| Hongkun USA Real Estate Holding, LLC 122 Anderson Avenue Fort Lee, NJ 07024 | | For Informational Purposes | Contingent Unliquidated Disputed | | | $0.00 |
| Janice Hurewitz and Jeffrey Hurewitz 4 Horizon Road Fort Lee, NJ 07024 | | Personal Injury Action | Contingent Unliquidated Disputed | | | $0.00 |
| Liqing Dong and Jiaoyan Yi Attn: Edward David, Esq. Edward David & Associates, LLC 72 Eagle Rock Avenue East Hanover, NJ 07936 | | Judgment Equitable Mortgage | Disputed | | | $872,050.00 |

Debtor    339 River Road Holdings, LLC
_____
          Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Matrix New World Engineering, Land Surveying and Landscape Architecture, PC 442 State Route 35, 2nd Floor Eatontown, NJ 07724 | | Judgment | | | | $127,490.87 |
| Mueser Rutledge Consulting Engineers, PL 14 Penn Plaza 225 West 34th Street New York, NY 10122 | | Judgment Construction Lien | Disputed | | | $333,670.61 |
| William Torres Attn: Anthony R. Fattell, Esq. Lord, Kobrin, Alvarez & Fattell, LLC 1283 Route 22 East Mountainside, NJ 07092 | | Personal Injury Action | Contingent Unliquidated Disputed | | | $0.00 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    339 River Road Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    80,000,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    80,000,000.00

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    53,000,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    2,569,838.26

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b      $    55,569,838.26

**Fill in this information to identify the case:**

Debtor name ___339 River Road Holdings, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**          Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

| Debtor | 339 River Road Holdings, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   339 River Road<br>Edgwater, NJ 07020 | Fee Simple | $80,000,000.00 | Appraisal | $80,000,000.00 |

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $80,000,000.00 |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   339 River Road Holdings, LLC _____   Case number *(If known)* _____
         Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      Parking License Agreement with Hackensack Meridian
      Health Realty Corporation. Monthly license fee being paid to
      East-West Funding, LLC pursuant to assignment of leases
      and court order.                                                          Unknown

78.   **Total of Part 11.**                                                     | $0.00 |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Debtor | 339 River Road Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $80,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $80,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $80,000,000.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name      339 River Road Holdings, LLC |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  East-West Funding, LLC<br>Creditor's Name<br><br>125 River Road, Suite 301<br>Edgewater, NJ 07020<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. East-West Funding, LLC<br>2. Edgewater Tax Collector | **Describe debtor's property that is subject to a lien**<br>339 River Road<br>Edgewater, NJ 07020<br><br><br>**Describe the lien**<br>First Mortgage<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $53,000,000.00 | $80,000,000.00 |
| **2.2**  Edgewater Tax Collector<br>Creditor's Name<br><br>55 River Road<br>Edgewater, NJ 07020<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>For Infomational Purposes<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | Unknown | $80,000,000.00 |

Debtor    339 River Road Holdings, LLC                                        Case number (if known) _____
          Name

☐ No

■ Yes. Specify each creditor,        ☐ Contingent
including this creditor and its       ☐ Unliquidated
relative priority.                    ☐ Disputed
Specified on line 2.1

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $53,000,000.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jason T. Shafron, Esq.<br>Shafron Law Group<br>Two University Plaza, Suite 400<br>Hackensack, NJ 07601 | Line  2.1 | |

---

**Fill in this information to identify the case:**

Debtor name    339 River Road Holdings, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Gensler Architecture, Design &<br>Planning, PC<br>1700 Broadway, Suite 400<br>New York, NY 10019<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Judgment<br>Construction Lien<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,011,626.78 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>High Ground Industrial, LLC<br>12 Industrial Drive<br>Florida, NY 10921<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Judgment<br>Construction Lien<br><br>Is the claim subject to offset? ■ No ☐ Yes | $225,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Hongkun USA Real Estate Holding, LLC<br>122 Anderson Avenue<br>Fort Lee, NJ 07024<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** For Informational Purposes<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** For Informational Purposes Only<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | 339 River Road Holdings, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---

Janice Hurewitz and Jeffrey Hurewitz
4 Horizon Road
Fort Lee, NJ 07024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Personal Injury Action

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $872,050.00
---

Liqing Dong and Jiaoyan Yi
Attn: Edward David, Esq.
Edward David & Associates, LLC
72 Eagle Rock Avenue
East Hanover, NJ 07936

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Judgment
Equitable Mortgage

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127,490.87
---

Matrix New World Engineering, Land
Surveying and Landscape Architecture, PC
442 State Route 35, 2nd Floor
Eatontown, NJ 07724

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $333,670.61
---

Mueser Rutledge Consulting Engineers, PL
14 Penn Plaza
225 West 34th Street
New York, NY 10122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Judgment
Construction Lien

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00
---

State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
3 Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Informational Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown
---

William Torres
Attn: Anthony R. Fattell, Esq.
Lord, Kobrin, Alvarez & Fattell, LLC
1283 Route 22 East
Mountainside, NJ 07092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Personal Injury Action

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | 339 River Road Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anthony R. Fattell, Esq.<br>Lord, Kobrin, Alvarez & Fattell, LLC<br>1283 Route 22 East<br>Mountainside, NJ 07092 | Line 3.10<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Daniella Gordon, Esq.<br>Armstrong Teasdale, LLP<br>100 Overlook Center<br>Princeton, NJ 08540 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Henry N. Christensen, Esq.<br>Norton & Christensen, P.A.<br>60 Erie Street<br>P.O. Box 308<br>Goshen, NY 10924 | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Hui Liu, Esq.<br>Mauriel Kapouytian Woods, LLP<br>15 West 26th Street, 7th Floor<br>New York, NY 10010 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Jeffrey W. Herrmann, Esq.<br>Cohen Lifland Pearlman Herrmann  et al<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddlebrook, NJ 07663 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.6 | John M. Becker, Esq.<br>Thompson Becker, LLC<br>Ten Melrose Avenue<br>Woodcrest Pavillion, Suite 400<br>Cherry Hill, NJ 08003 | Line 3.7<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Lee J. Sacket, Esq.<br>L'Abbate, Balkan, Colavita & Contini<br>100 Eagle Roack Avenue, Suite 220<br>East Hnover, NJ 07936 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Michael A.  Fruhling, Esq<br>Gersowitz, Libo & Korek, P.C.<br>157 Engle Street<br>Englewood, NJ 07631 | Line 3.5<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                0.00 |
| 5b. Total claims from Part 2 | 5b.    + | $        2,569,838.26 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $        2,569,838.26 |

**Fill in this information to identify the case:**

Debtor name ___339 River Road Holdings, LLC_____

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Hackensack Meridian Health Realty Corp.
343 Thornall Street
Edison, NJ 08837 |
| List the contract number of any government contract _____ | |

| Fill in this information to identify the case: |
|---|
| Debtor name     339 River Road Holdings, LLC |
| United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY |
| Case number (if known)     _____ |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 339 River Road Edgewater, LLC | 888 7th Avenue, 28th Floor New York, NY 10019 | Liqing Dong and Jiaoyan Yi | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.2 | Hackensack Meridian Health, Inc. | 343 Thornall Street Edison, NJ 08837 | Janice Hurewitz and Jeffrey Hurewitz | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.3 | HMH Realty Corporation | 343 Thornall Street Edison, NJ 08837 | Janice Hurewitz and Jeffrey Hurewitz | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.4 | Hongkun USA Real Estate Holding, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | East-West Funding, LLC | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Hongkun USA Real Estate Holding, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | Liqing Dong and Jiaoyan Yi | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |

| Debtor | 339 River Road Holdings, LLC | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Hongkun USA Real Estate Holding, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | Matrix New World Engineering, Land | ☐ D _____ ■ E/F ___3.7___ ☐ G _____ |
| 2.7 | Hongkun USA Real Estate Holding, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | Mueser Rutledge Consulting Engineers, PL | ☐ D _____ ■ E/F ___3.8___ ☐ G _____ |
| 2.8 | Hongkun USA Real Estate Holding, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | High Ground Industrial, LLC | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.9 | Hongkun USA Real Estate Holding, LLC | 122 2 Anderson Avenue Fort Lee, NJ 07024 | Gensler Architecture, Design & | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ____339 River Road Holdings, LLC_____

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | 339 River Road Holdings, LLC | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | 339 River Road Holdings v. Planning Board of Borough of Edgewater BER-L- 2015-24 | Complaint in Lieu of Perogative Writs | Superior Court of NJ Law Division Bergen County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | East-West Holdings, LLC v. 339 River Road Holdings, LLC F-00691-22 | Foreclosure | Superior Court of NJ Chancery Division Bergen County | ☐ Pending ■ On appeal ☐ Concluded |
| 7.3. | Torres v. 339 River Road Holdings, LLC BER-L-5297-23 | Personal Injury | Superior Court of New Jersey Law Division Bergen County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Hurewitz v. 339 River Road Holdings, LLC BER-L-1073-25 | Personal Injury | Superior Court of New Jersey Law Division Bergen County | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | 339 River Road Partners, LLC v. 339 River Road Holdings, LLC BER-C-137-23 | Declaratory Judgment | Superior Court of New Jersey Chancery Division Bergen County | ☐ Pending ■ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    339 River Road Holdings, LLC                                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Levitt & Slafkes, P.C.<br>515 Valley Street<br>Suite 140<br>Maplewood, NJ 07040 | Attorney Fees | June 10, 2025 | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>The Maxal Group, Inc. | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | 339 River Road Holdings, LLC | Case number *(if known)* | |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | 339 River Road Holdings, LLC | | Case number *(if known)* | |
|--------|------------------------------|-|---------------------------|-|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|-----------------------------|----------------------------|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|-----------------------|-------------------------------------|------------------------------------------------------------------------------------------------------|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | 339 River Road Holdings, LLC | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| 339 River Road Partners, LLC | 1604 Deerfield Road Water Mll, NY 11976 | | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| 339 River Road Owner, LLC | 122 Anderson Avenue Fort Lee, NJ 07024 | 100% Owner | Inception to March, 2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 6 |
| --- | --- | --- |

Debtor    339 River Road Holdings, LLC _____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2025 _____

/s/ Bruce Sturman _____         Bruce Sturman _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Managing Agent _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    339 River Road Holdings, LLC _____    Case No. _____
                                                    Debtor(s)          Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐  **FLAT FEE**

      For legal services, I have agreed to accept ........................................    $  _____

      Prior to the filing of this statement I have received ...................    $  _____

      Balance Due ...........................................................................    $  _____

   ■  **RETAINER**

      For legal services, I have agreed to accept and received a retainer of .........    $          15,000.00

      The undersigned shall bill against the retainer at an hourly rate of .............    $             500.00
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
      fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

      ☐  Debtor    ■  Other (specify):    The Maxal Group, Inc.

3.    The source of compensation to be paid to me is:

      ☐  Debtor    ■  Other (specify):    The Maxal Group, Inc.

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          All services necessary to be rendered in connection with the Chapter 11 proceeding.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          Representation of the debtors in any matter pending in the Superior Court of New Jersey Civil and/or Appellate Division;
          drafting of commercial documents and real estate related services.

In re    339 River Road Holdings, LLC                Case No. _____
                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| June 12, 2025 | /s/ BRUCE H. LEVITT, ESQ. |
|---|---|
| *Date* | BRUCE H. LEVITT, ESQ. BL9302 |
| | *Signature of Attorney* |
| | Levitt & Slafkes, P.C. |
| | 515 Valley Street |
| | Suite 140 |
| | Maplewood, NJ 07040 |
| | (973) 313-1200   Fax: (973)313-1240 |
| | *Name of law firm* |

## United States Bankruptcy Court
### District of New Jersey

In re   339 River Road Holdings, LLC
                                        Debtor(s)

Case No. _____
Chapter      11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 339 River Road Partners, LLC<br>1604 Deerfield Road<br>Water Mill, NY 11976 | | | 100% Owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 12, 2025

Signature   /s/ Bruce Sturman
            Bruce Sturman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re   339 River Road Holdings, LLC                                             Case No.

                                               Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 12, 2025                        /s/ Bruce Sturman

                                                  Bruce Sturman/Managing Agent
                                                  Signer/Title

339 Rive...                        34... all                            ...Jiaoyan Y
888 7th Avenue, 28th Floor         Edison, NJ 08837                     Attn: Edward David, Esq.
New York, NY 10019                                                      Edward David & Associates L...
                                                                        72 Eagle Rock Avenue
                                                                        East Hanover, NJ 07936

Anthony R. Fattell, Esq.           Hongkun USA Real Estate Holding LLC  Matrix New World Engineer...
Lord, Kobrin, Alvarez & Fattell    122 Anderson Avenue                  Surveying and Landscape A...
1283 Route 22 East                 Fort Lee, NJ 07024                   442 State Route 35, 2nd Fl...
Mountainside, NJ 07092                                                  Eatontown, NJ 07724

Daniella Gordon, Esq.              Hongkun USA Real Estate Holding LLC  Michael A. Fruhling, Es...
Armstrong Teasdale, LLP            122 2 Anderson Avenue                Gersowitz, Libo & Korek, P...
100 Overlook Center                Fort Lee, NJ 07024                   157 Engle Street
Princeton, NJ 08540                                                     Englewood, NJ 07631

East-West Funding, LLC             Hui Liu, Esq.                        Mueser Rutledge Consulti...
125 River Road, Suite 301          Mauriel Kapouytian Woods, LLP        14 Penn Plaza
Edgewater, NJ 07020                15 West 26th Street, 7th Floor       225 West 34th Street
                                   New York, NY 10010                   New York, NY 10122

Edgewater Tax Collector            Internal Revenue Service             State of New Jersey-Divi...
55 River Road                      P.O. Box 7346                        Compliance & Enforcement U...
Edgewater, NJ 07020                Philadelphia, PA 19101-7346          3 Fitch Way, 5th Floor
                                                                        P.O. Box 245
                                                                        Trenton, NJ 08695-0267

Gensler Architecture, Design &     Janice Hurewitz and Jeffrey Hurewitz William Torres
Planning, PC                       4 Horizon Road                       Attn: Anthony R. Fattell, E...
1700 Broadway, Suite 400           Fort Lee, NJ 07024                   Lord, Kobrin, Alvarez & F...
New York, NY 10019                                                      1283 Route 22 East
                                                                        Mountainside, NJ 07092

Hackensack Meridian Health Re...   Jason C. Shafron, Esq.
343 Thornall Street                Shafron Law Group
Edison, NJ 08837                   Two University Plaza, Suite 400
                                   Hackensack, NJ 07601

Hackensack Meridian Health, In...  Jeffrey W. Herrmann, Esq.
343 Thornall Street                Cohen Lifland Pearlman Herrmann et al
Edison, NJ 08837                   Park 80 West-Plaza One
                                   250 Pehle Avenue, Suite 401
                                   Saddlebrook, NJ 07663

Henry N. Christensen, Esq.         John M. Becker, Esq.
Norton & Christensen, P.A.         Thompson Becker, LLC
60 Erie Street                     Ten Melrose Avenue
P.O. Box 308                       Woodcrest Pavillion, Suite 400
Goshen, NY 10924                   Cherry Hill, NJ 08003

High Ground Industrial, LLC        Lee J. Sacket, Esq.
12 Industrial Drive                L'Abbate, Balkan, Colavita & Contini
Florida, NY 10921                  100 Eagle Roack Avenue, Suite 220
                                   East Hnover, NJ 07936

# United States Bankruptcy Court
### District of New Jersey

In re    339 River Road Holdings, LLC             Case No.           
                                      Debtor(s)         Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   339 River Road Holdings, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


June 12, 2025
Date

/s/ BRUCE H. LEVITT, ESQ.
BRUCE H. LEVITT, ESQ. BL9302
Signature of Attorney or Litigant
Counsel for    339 River Road Holdings, LLC
Levitt & Slafkes, P.C.
515 Valley Street
Suite 140
Maplewood, NJ 07040
(973) 313-1200 Fax:(973)313-1240